1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Fernando Rubio

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO RUBIO, | No. 1:10-CV-01576-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |
| vs. | |
| WALGREEN CO dba WALGREENS and WALGREENSELMA LLC, et al., | |
| Defendants. | |

**WHEREAS**, a settlement conference in this matter is scheduled for February 22, 2011 at 10:00 a.m. before Magistrate Judge Dennis L. Beck;

**WHEREAS**, Plaintiff and Defendants have been engaged in productive settlement discussions and anticipate that a settlement of the entire matter is imminent;

**WHEREAS,** Plaintiff and Defendants seek to conserve the resources of the Court and minimize the expenditure of attorney fees and costs;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel, that the Settlement Conference in this matter be continued to a

date after March 15, 2011 at the court's convenience in order to afford the parties time to reach a settlement.

| | |
|---|---|
| Dated:  February 11, 2011 | MOORE LAW FIRM, P.C. |
| | |
| | /s/Tanya E. Moore |
| | Tanya E. Moore |
| | Attorneys for Plaintiff Fernando Rubio |
| Dated:  February 11, 2011 | BERRY & BLOCK |
| | |
| | /s/ Erick C.Turner |
| | Erick C. Turner, Attorneys for Defendant Walgreen Co. |
| Dated:  February 11, 2011 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | |
| | /s/ Martin H. Orlick |
| | Martin H. Orlick, Attorneys for Defendant |

### ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Settlement Conference currently set for February 22, 2011 be continued to April 11, 2011 at 10:00 am in Courtroom 9 before Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

Dated:  **February 16, 2011**                    /s/ Dennis L. Beck
                                                                        UNITED STATES MAGISTRATE JUDGE