Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>           Plaintiff,<br><br>     vs.<br><br>WALGREEN CO., et al.,<br><br>           Defendants. | No.  1:10-cv-01576 SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendants Walgreen Co., dba Walgreens, and Selma Property, LLC (erroneously sued herein as Walgreenselma LLC), the parties to this action, by and through their respective counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Dated: April 5, 2011                                  MOORE LAW FIRM, P.C.


                                                                /s/ Tanya E. Moore
                                                                    Tanya E. Moore
                                                                    Attorney for Plaintiff Fernando Rubio

*Rubio v. Walgreen Co., et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Dated:  April 1, 2011 | JEFFER MANGELS BUTLER & MITCHELL, LLP |

/s/ Martin H. Orlick<br>Martin H. Orlick, Attorneys for Defendant Selma Property, LLC

| | |
|---|---|
| Dated:  April 1, 2011 | BERRY & BLOCK LLP |

/s/ Brian Crone<br>Brian Crone, Attorneys for Defendant Walgreen Co.

## **ORDER**

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 5, 2011**                    **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE

*Rubio v. Walgreen Co., et al.*
Stipulation for Dismissal; Order

Page 2